IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOAN CICCHIELLO,<br>    **Plaintiff** | No. 3:24-CV-0509 |
| v. | (Judge Munley) |
| DAUPHIN COUNTY PRISON BOARD,<br>*et al.*,<br>    **Defendants** | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's Section 1983 First and Fourteenth Amendment claim alleging denial of access to the courts is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. Plaintiff's Section 1983 Fourteenth Amendment equal protection claim is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

3. To the extent it is asserted, Plaintiff's Section 1983 claim alleging a violation of prison policy concerning prisoner clothing is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

4. Plaintiff, if she so desires, may file an amended complaint in conformity with the accompanying Memorandum within **21 days** of the date of this Order. If an amended complaint is not timely filed, dismissal will automatically convert to dismissal <u>with prejudice</u> and the court will CLOSE this case.

5. Plaintiff's motion for appointment of counsel (Doc. 25) is **DISMISSED** as moot and without prejudice in light of the foregoing paragraphs.

Date: 1/21/25

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court