## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOAN CICCHIELLO,<br>      **Plaintiff** | : | No. 3:24-CV-0509 |
| | : | |
| | : | **(Judge Munley)** |
|   **v.** | : | |
| | : | |
| DAUPHIN COUNTY PRISON BOARD,<br>*et al.,* | : | |
| | : | |
|       **Defendants** | : | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED** that:

1. Service of process is **QUASHED**.

2. Defendants' motion to dismiss (Doc. 49) for insufficient service of process pursuant to Federal Rule of Civil Procedure 12(b)(5) is **DENIED** without prejudice.

3. Defendants' motion to dismiss (Doc. 49) for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6) is **DISMISSED** as moot and without prejudice.

4. Cicchiello will have 30 days from the date of this order to properly serve Defendants pursuant to Federal Rule of Civil Procedure 4.

Date: 5/1/26

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court