**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOAN CICCHIELLO,** | : | **No. 3:24-CV-0509** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **DAUPHIN COUNTY PRISON BOARD,** | : | |
| ***et al.*****,** | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER**

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED** that:

1. Defendants' motion to dismiss (Doc. 63) pursuant to Federal Rule of Civil Procedure 12(b)(5) is **GRANTED**.

2. The amended complaint (Doc. 33) is **DISMISSED** without prejudice for insufficient service of process pursuant to Federal Rule of Civil Procedure 12(b)(5).

3. Defendants' motion to dismiss (Doc. 63) pursuant to Federal Rule of Civil Procedure 12(b)(6) is **DISMISSED** as moot.

4. Cicchiello's motion "for hearing" (Doc. 67) and motion for appointment of counsel (Doc. 69) are **DISMISSED** as moot in light of the foregoing paragraphs.

5. The Clerk of Court is directed to CLOSE this case.

**Date:** 9/25/26

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**